```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JONATHAN CASTRO-RONDON, | : | CRIMINAL ACTION |
| | : | NO. 12-296 |
| Petitioner, | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 13-6026 |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

### O R D E R

**AND NOW**, this **30th** day of **July**, **2015**, following an evidentiary hearing on July 30, 2015, regarding Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 30), and for the reasons stated orally on the record,[1] it is hereby **ORDERED** as follows:

(1)  The Motion is **DENIED**;

(2)  The Government's Motion to Dismiss Petition (ECF No. 32) is **GRANTED**; and

(3)  A certificate of appealability shall not issue.

  **And it is so ordered.**

                                    _/s/ Eduardo C. Robreno
                                    **EDUARDO C. ROBRENO, J.**

---

[1]  See also generally Roe v. Flores-Ortega, 528 U.S. 470 (2000) (discussing the circumstances surrounding and guidelines for analyzing a petitioner's counsel's failure to file a notice of appeal).